United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 20-10243-amc
Thomas J. Trinkle                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Yvette          Page 1 of 1           Date Rcvd: Jan 14, 2020
                           Form ID: 130          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db             +Thomas J. Trinkle,    4755 Park Ln.,    Aston, PA 19014-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                    TOTAL: 2

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter: 13

　　　Thomas J. Trinkle

　　　　　　　　　Debtor(s)              Bankruptcy No: 20−10243−amc

### *O R D E R*

**AND NOW,** this 14th day of January 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1.  This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

　　　　　　　　Documents and Deadline

　　　　　　　　Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 1/28/2020.
　　　　　　　　Chapter 13 Plan due by 1/28/2020.
　　　　　　　　Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1(old)Due 1/28/2020.
　　　　　　　　Means Test Calculation Form 122C−2 – If Applicable – Due: 1/28/2020.
　　　　　　　　Schedule A/B due 1/28/2020.
　　　　　　　　Schedule C due 1/28/2020.
　　　　　　　　Schedule E/F due 1/28/2020.
　　　　　　　　Schedule G due 1/28/2020.
　　　　　　　　Schedule H due 1/28/2020.
　　　　　　　　Schedule I due 1/28/2020.
　　　　　　　　Schedule J due 1/28/2020.
　　　　　　　　Statement of Financial Affairs due 1/28/2020.
　　　　　　　　Summary of Assets and Liabilities Form B106 due 1/28/2020.

2.  Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

6
Form 130