# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :         Chapter 13
                                                   :
Thomas J. Trinkle
                                                   :
        Debtor                                     :         Bankruptcy No. 20-10243 amc

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 1/14/2020 and this case be and the same is hereby DISMISSED.

**Date: February 4, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
  Certification Concerning Credit Counseling and/or
  Certificate of Credit Counseling
  Chapter 13 Plan
  Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1(old)
  Means Test Calculation Form 122C-2 - If Applicable -
  Schedule A/B
  Schedule C
  Schedule E/F
  Schedule G
  Schedule H
  Schedule I
  Schedule J
  Statement of Financial Affairs
  Summary of Assets and Liabilities Form B106