United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-10243-amc
Thomas J. Trinkle                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Feb 04, 2020
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
db              +Thomas J. Trinkle,    4755 Park Ln.,    Aston, PA 19014-2120
14452018        +Carrington Mort.,    P.O. Box 3489,    Anaheim CA 92803-3489
14453932        +Wells Fargo Bank N.A.,     c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Feb 05 2020 02:57:10     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 05 2020 02:57:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14462896         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 05 2020 02:56:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTAL: 3

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor   Wells Fargo Bank N.A., as Trustee, for Carrington
                Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates.
                bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                                    :          Chapter 13

                                                         :

 Thomas J. Trinkle                                       :

                                                         :

          Debtor                                         :          Bankruptcy No. 20-10243 amc

ORDER

          AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated 1/14/2020 and this case be and the same

is hereby DISMISSED.

**Date: February 4, 2020**

                                                         _____

                                                         Ashely M. Chan
                                                         United States Bankruptcy Judge

Missing Documents:
          Certification Concerning Credit Counseling and/or
          Certificate of Credit Counseling
          Chapter 13 Plan
          Chapter 13 Statement of Your Current Monthly Income
           and Calculation of Commitment Period Form 122C-1(old)
          Means Test Calculation Form 122C-2 - If Applicable -
          Schedule A/B
          Schedule C
          Schedule E/F
          Schedule G
          Schedule H
          Schedule I
          Schedule J
          Statement of Financial Affairs
          Summary of Assets and Liabilities Form B106